UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| KAREN ROCHELLE JOHNSON, ) | C/A No. 4:13-1774-JMC-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CAROLYN W. COLVIN, ACTING ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed this action on June 28, 2013. Defendant filed an answer and copy of the transcript on November 1, 2013 (docs. #12 & #13). Plaintiff's brief was due on or before December 5, 2013. On December 2, 2013, Plaintiff filed a motion for extension of time to file her brief. This motion was granted on December 2, 2013, and Plaintiff was given until January 6, 2014, to file her brief. Plaintiff has failed to file her brief.

Plaintiff is directed to file her brief within five (5) days of the date of this order or the case may be dismissed for failure to prosecute pursuant to Rule 41b of the Federal Rules of Civil Procedure, i.e., with prejudice.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

February 10, 2014
Florence, South Carolina